Max Schultz, Appellant, v. Joseph Cassidy and Louis Katz, Defendants,

Impleaded with Samuel J. Forbes, Respondent. Samuel J. Forbes, Respondent, v. Charles Lazarus, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.